BELLE LACHER et al., Appellants, v. BENNETT TREIBICH, Respondent.— Order of the Supreme Court, Queens County, dated January 4, 1971, and judg-

ment of the same court, entered January 18, 1971, affirmed, with one bill of $10 costs and disbursements. In our opinion, this was a workmen's compensation case. Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.